WILLIS WARD HAMILTON, Respondent, v. SADIE AGNES HAMILTON, Appellant.— Appeal by the defendant from a judgment in favor of plaintiff in an action for separation based upon abandonment of the plaintiff by the defendant and awarding plaintiff the custody of the only child of the marriage between the parties, a girl thirteen years of age. Judgment unanimously affirmed, without costs, and without prejudice to an application to the Special Term for modification of the judgment as to custody of child or right of visitation by defendant. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Certain Real Property Required as an Addition to Flushing Meadow Park, in the Borough of Queens, City of New York. THE CITY OF NEW YORK, Respondent; NIACOL REALTY CORPORATION and Others, Appellants.— Order granting, in a condemnation proceeding, the petitioner's application to have the compensation which ought justly be made to the respective owners of the real property proposed to be taken determined by the court without a jury, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur. [See *ante*, p. 629.]

In the Matter of the Application of STEPHEN H. MASON, Petitioner, against FRED W. WULFING, and Others, as the Mayor and Board of Trustees of the Incorporated Village of Munsey Park, Nassau County, New York, Respondents.— Certiorari proceeding to review the action of the board of trustees of the village of Munsey Park in adopting a resolution closing a three-foot strip at the end of two highways in the village. Determination unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ. [See *post*, p. 637.]